COMMONWEALTH of Pennsylvania,
Respondent,

v.

Raymond G. VOKES, Petitioner.

Supreme Court of Pennsylvania.

Aug. 7, 2002.

### ORDER

PER CURIAM.

AND NOW, this 7th day of August, 2002, the Petition for Allowance of Appeal is hereby GRANTED, the Order of the Superior Court is VACATED, and the matter is REMANDED for consideration in light of *Commonwealth v. Roudybush*, 567 Pa. 667, 790 A.2d 313 (2002), and *Commonwealth v. Gleason*, 567 Pa. 111, 785 A.2d 983 (2001).

K.H. and D.A.H., Both Individually
and as Parents of A.H.

v.

J.R. and N.R.

Petition of: J.R. @ 706 MAL 2001.

Petition of: N.R @ 720 MAL 2001.

Supreme Court of Pennsylvania.

Aug. 13, 2002.

### ORDER

PER CURIAM.

AND NOW, this 13th day of August, 2002, the Petitions for Allowance of Appeal are hereby GRANTED, LIMITED to the following issues:

a. Whether Appellees, who sought review of an order granting summary judgment and an order denying post-trial motions, were required to file separate notices of appeal?

b. Whether Joseph Reith, a non-custodial parent with shared custody of his son, had a duty to supervise him pursuant to Section 316 of the Restatement (Second) of Torts?

c. Whether a verdict of $4,625, awarded solely for pain and suffering, was inadequate as bearing no reasonable relation to the loss suffered?